RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  4/21/11
      68

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL J. VOISIN, JR.** <br> LA. DOC #192610 <br> VS. <br><br> **WARDEN STEVE RADER** | **CIVIL ACTION NO. 6:09-1075** <br><br> **SECTION P** <br><br> **JUDGE HAIK** <br><br> **MAGISTRATE JUDGE HILL** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20th day of April, 2011.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE